

# HILL WALLACK LLP
## ATTORNEYS AT LAW

202 CARNEGIE CENTER, P.O. BOX 5226, PRINCETON, NJ 08543-5226
TELEPHONE: (609) 924-0808, FAX: (609) 452-1888
WWW.HILLWALLACK.COM

Writer's Direct Dial: (609) 734-6395

April 5, 2010

**VIA FACSIMILE (609) 989-0463**
Honorable Garrett E. Brown, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building
402 E. State Street, Courtroom 4E
Trenton, New Jersey 08608

RECEIVED

APR - 6 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re: *King Pharmaceuticals, Inc. v. Sandoz Inc.*
Civil Action No. 08-5974 (GEB) (DEA)

Dear Judge Brown:

We, together with Cohen Pontani Lieberman & Pavane LLP, represent Sandoz Inc. ("Sandoz") in the above-referenced action. Sandoz's opposition to plaintiffs' Order to Show Cause is due today. In order to properly oppose plaintiffs' Order to Show Cause, which contains numerous declaration and exhibits, we need more pages than are permitted by L. Civ. R. 7.2.

Counsel for plaintiffs consent to our request to file an overlength brief on the condition that Sandoz consent to plaintiff receiving a week, to April 13, 2010, to file its reply brief. We cannot consent to their request, which would make plaintiffs' reply brief due only two days before the April 15, 2010 hearing on the Order to Show Cause. Therefore, we seek leave to file an overlength brief not to exceed 60 pages in opposition to plaintiffs' Order to Show Cause. If Your Honor approves of the request to file an overlength brief, we respectfully request that Your Honor enter Your "So Ordered" on this letter.

Respectfully submitted,

*Christina Saveriano*
CHRISTINA SAVERIANO

Cc: Counsel of Record via email

SO ORDERED
This 5th Day of April, 2010
*Garrett E. Brown*
GARRETT E. BROWN, JR., U.S.D.J.

{02148339;}

17 GORDON'S ALLEY, ATLANTIC CITY, NJ 08401 | 777 TOWNSHIP LINE ROAD, SUITE 250, YARDLEY, PA 19067