

**COHEN PONTANI LIEBERMAN & PAVANE LLP**
551 Fifth Avenue, New York, NY 10176  *phone* 212.687.2770  *fax* 212.972.5487  www.cplplaw.com

Myron Cohen (1927-2005)
Thomas C. Pontani, Ph.D.
Lance J. Lieberman
Martin B. Pavane
Thomas Langer
Michael C. Stuart
William A. Alper
Edward M. Weisz
Kent H. Cheng, Ph.D.
Julia S. Kim
Alfred W. Froebrich
Lisa A. Ferrari
Alan J. Morrison
Alan Tenenbaum

*Counsel*
Carl B. Wischhusen
Steven T. Shelton

Mindy H. Chettih
Vincent M. Fazzari
Alfred H. Hemingway, Jr.
Roger S. Thompson
Teodor J. Holmberg
Richard D. Margiano
Darren S. Mogil
Mher Hartoonian
Alphonso A. Collins
Edward V. DiLello
Marilyn Neiman
Hua Gao
Enshan Hong
Ian R. Blum
Delphine Puybareau-Menaud
Aaron A. Mace

April 9, 2010

By Facsimile (609) 989 0463

The Honorable Garrett E. Brown
Chief Judge, United States District Court
United States District Court
    for the District of New Jersey
Clarkson S. Fisher Federal Building
402 E. State Street, Courtroom 6W
Trenton, New Jersey 08608

Re:   King Pharmaceuticals, Inc. v. Sandoz Inc.
      Civil Action No. 08-5974

Dear Chief Judge Brown:

We, together with Hill Wallack LLP, local counsel, represent Sandoz in the referenced patent infringement action.

This morning we were notified by telephone by Mr. Cerrito, King's counsel, that Corepharma had this morning re-launched its authorized generic metaxalone product. We sent to all counsel an email confirming Mr. Cerrito's advice (Exhibit A).

The Modified Temporary Restraining Order ("TRO") (D.E. 90) includes the following provision:

> ORDERED that this temporary restraining order shall be immediately vacated upon any re-launch of a competing generic metaxalone product by Corepharma, Inc.

Sandoz views the TRO as self-vacating. However in an abundance of caution, Sandoz respectfully requests that the Court memo endorse this letter vacating the TRO.

Respectfully submitted,
COHEN PONTANI LIEBERMAN & PAVANE LLP

Martin B. Pavane

cc By Email

F. Francis Cerrito, Esq.
Eric Stops, Esq.

RECEIVED

APR 0 9 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

SO ORDERED
This 9th Day of April, 2010

*[signature]*
GARRETT E. BROWN, JR., U.S.D.J.