UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KING PHARMACEUTICALS, INC., KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC. and PHARMACEUTICAL IP HOLDING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.,<br><br>Defendant. | Civil Action No. 08-5974 (GEB)(DEA)<br><br>Hon. Garrett E. Brown, Jr., U.S.D.J.<br><br>Hon. Douglas E. Arpert, U.S.M.J. |

## JURY VERDICT FORM

The following issues are submitted to the jury for resolution. All of the jury's findings must be unanimous.

# Index of Jury Verdict Form

I.  INFRINGEMENT ............................................................................................................. 1
    A.  Direct Infringement ............................................................................................. 1
    B.  Induced Infringement .......................................................................................... 2
II. VALIDITY ..................................................................................................................... 3
    A.  Anticipation of Patent Claims by the Prior Art ................................................... 3
    B.  Obviousness ........................................................................................................ 4

## I. INFRINGEMENT

### A. Direct Infringement

Have Plaintiffs proven by a preponderance of the evidence that Sandoz directly infringes any of the asserted claims of United States Patent No. 7,122,566? (*Please check the appropriate response for each asserted claim.*)

|  | **Proven Infringed** | **Not Proven Infringed** |
|---|---|---|
| Claim 1 | ☐ YES | ☑ NO |
| Claim 2 | ☐ YES | ☑ NO |
| Claim 5 | ☐ YES | ☑ NO |
| Claim 6 | ☐ YES | ☑ NO |
| Claim 8 | ☐ YES | ☑ NO |
| Claim 18 | ☐ YES | ☑ NO |
| Claim 19 | ☐ YES | ☑ NO |
| Claim 20 | ☐ YES | ☑ NO |
| Claim 21 | ☐ YES | ☑ NO |
| Claim 22 | ☐ YES | ☑ NO |

## B. Induced Infringement

Have Plaintiffs proven by a preponderance of the evidence that Sandoz induces infringement of any of the asserted claims of United States Patent No. 7,122,566? (*Please check the appropriate response for each asserted claim.*)

|  | **Proven Infringed** | **Not Proven Infringed** |
|---|---|---|
| Claim 1 | ☐ YES | ☑ NO |
| Claim 2 | ☐ YES | ☑ NO |
| Claim 5 | ☐ YES | ☑ NO |
| Claim 6 | ☐ YES | ☑ NO |
| Claim 8 | ☐ YES | ☑ NO |
| Claim 18 | ☐ YES | ☑ NO |
| Claim 19 | ☐ YES | ☑ NO |
| Claim 20 | ☐ YES | ☑ NO |
| Claim 21 | ☐ YES | ☑ NO |
| Claim 22 | ☐ YES | ☑ NO |

- 3 -

## II. VALIDITY

### A. Anticipation of Patent Claims by the Prior Art

Has Sandoz proven by clear and convincing evidence that any of the asserted claims of United States Patent No. 7,122,566 are anticipated by the prior art and therefore invalid? (*Please check the appropriate response for each asserted claim.*)

|  | **Proven Anticipated** | **Not Proven Anticipated** |
|---|---|---|
| Claim 1 | ☑ YES | ☐ NO |
| Claim 2 | ☑ YES | ☐ NO |
| Claim 5 | ☑ YES | ☐ NO |
| Claim 6 | ☑ YES | ☐ NO |
| Claim 8 | ☑ YES | ☐ NO |
| Claim 18 | ☑ YES | ☐ NO |
| Claim 19 | ☑ YES | ☐ NO |
| Claim 20 | ☑ YES | ☐ NO |
| Claim 21 | ☑ YES | ☐ NO |
| Claim 22 | ☑ YES | ☐ NO |

**B.    Obviousness**

Has Sandoz proven by clear and convincing evidence that any of the asserted claims of United States Patent No. 7,122,566 would have been obvious at the time the invention was made to a person having ordinary skill in the art and are therefore invalid? (*Please check the appropriate response for each asserted claim.*)

|          | **Proven Obvious** | **Not Proven Obvious** |
|----------|--------------------|------------------------|
| Claim 1  | ☑ YES              | ☐ NO                   |
| Claim 2  | ☑ YES              | ☐ NO                   |
| Claim 5  | ☑ YES              | ☐ NO                   |
| Claim 6  | ☑ YES              | ☐ NO                   |
| Claim 8  | ☑ YES              | ☐ NO                   |
| Claim 18 | ☑ YES              | ☐ NO                   |
| Claim 19 | ☑ YES              | ☐ NO                   |
| Claim 20 | ☑ YES              | ☐ NO                   |
| Claim 21 | ☑ YES              | ☐ NO                   |
| Claim 22 | ☑ YES              | ☐ NO                   |

**UPON REACHING A UNANIMOUS VERDICT ON EACH ISSUE ENUMERATED HEREIN, THE PRESIDING JUROR MUST SIGN AND DATE BELOW**

Dated: September 16, 2010

By: ⁄