UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
SEP 20 2010
AT 8:30_____
WILLIAM T. WALSH
CLERK

-------------------------------------------x

KING PHARMACEUTICALS, INC., et al.,

v.

CIV# 08-5974 (GEB)

SANDOZ, et al., et al.,

-------------------------------------------x

## JUDGMENT IN A CIVIL CASE

__X__   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment by special interrogatories be entered as follows:

VERDICT: In favor of Defendants and against Plaintiffs as to Direct Infringement, in favor of Defendants and against Plaintiffs as to Induced Infringement, in favor of Defendants and against Plaintiffs as to Validity - Anticipation of Patent Claims by the Prior Art, in favor of Defendants and against Plaintiffs as to Validity - Obviousness.

Dated: 9/20/10

Hon. Garrett E. Brown, Jr., U.S.D.J.