RECEIVED
SEP 0 6 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KING PHARMACEUTICALS, INC. AND KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC.,**
*Plaintiffs-Appellants,*

AND

**PHARMACEUTICAL IP HOLDING, INC.,**
*Plaintiff-Appellant,*

v.

**SANDOZ INC.,**
*Defendant-Appellee.*

---

2011-1227

---

Appeal from the United States District Court for the District of New Jersey in case no. 08-CV-5974, Chief Judge Garrett E. Brown, Jr.

---

**ON MOTION**

---

**ORDER**

The appellants move to withdraw their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

SEP 0 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: F. Dominic Cerrito, Esq.
    Michelle S. Rhyu, Esq.
    Martin B. Pavane, Esq.

s21

Issued As A Mandate: SEP 0 1 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 1 2011

JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: Linda Bose   Date: 9/1/11



**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
**HOWARD T. MARKEY NATIONAL COURTS BUILDING**
**717 MADISON PLACE, N.W.**
**WASHINGTON, DC 20439**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

United States District Court
District of New Jersey
2020 Fisher Fed Bldg & U.S. Courthouse
402 East State Street
Trenton, NJ 08608-1507

US OFFICIAL MAIL
$300 Penalty
For Private Use

$00.440
Mailed From 20439
09/01/2011
US POSTAGE
Hasler
016H126601391